PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
$ 00.406
PITNEY BOWES
02 1R
0006557458    DEC 16 2014
MAILED FROM ZIP CODE 78701

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RE: WR-73,420-07

LESLIE FOSTER
SEGOVIA UNIT - TDC #1733647
1201 E. CIE
EDINBURG    NIXIE    750    DE    1    0012/23/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 78711230808    *0434-05142-23-42

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

COURT OF CRIMINAL APPEALS
TEXAS
OF TEXAS